IN THE UNITED STATES DISTRICT COURT
For The
DISTRICT OF COLUMBIA

———————————

THE PHOENIX RESTORATION GROUP, INC.

and

AVSMOOT, LLC

      Plaintiffs

vs.                                                           Case Number:  1:18-CV-02121

LIBERTY MUTUAL GROUP, INC.
dba LIBERTY MUTUAL INSURANCE

and

OHIO SECURITY INSURANCE COMPANY

      Defendants

## NOTICE OF REMOVAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT for the DISTRICT OF COLUMBIA:

      PLEASE TAKE NOTICE that the Defendants, LIBERTY MUTUAL GROUP, INC., doing business as LIBERTY MUTUAL INSURANCE and OHIO SECURITY INSURANCE COMPANY, hereby join in removing to this Honorable Court the action described below and now pending before the Superior Court for the District of Columbia pursuant to the provisions of Sections 1441 and 1146 of Title 28 of the United States Code.

      1. On or about July 11, 2018 an action was commenced in the Superior Court for the District of Columbia, styled The Phoenix Restoration Group, Inc. and AVSMOOT, LLC v. Liberty Mutual Group, Inc., dba Liberty Mutual Insurance and Ohio Security Insurance

{01553974.DOC }

Company, Case Number 2018 CA 004906 B.  In that action, the Plaintiff sought a monetary recovery in an unspecified amount that included $222,101 for "laborers, payroll, and performing rework," $53,126 for business loss income, and for other unspecified monetary damages, together with pre-judgment and post-judgment interest, treble and punitive damages, and reasonable attorney's fees, for claims under insurance policies issued by Liberty Mutual Group, Inc. and underwritten by Ohio Security Insurance Company.  A copy of the Complaint filed to initiate the aforedescribed action is attached hereto as Defendant's Exhibit A.

2. On September 12, 2018, the Defendants Liberty Mutual Group, Inc., dba Liberty Mutual Insurance and Ohio Security Insurance Company filed their Answer in the District of Columbia Superior Court in the civil action styled The Phoenix Restoration Group, Inc. and AVSMOOT, LLC v. Liberty Mutual Group, Inc., dba Liberty Mutual Insurance and Ohio Security Insurance Company, Case Number 2018 CA 004906 B, a copy of which Answer is attached hereto as Defendant's Exhibit B.

3. The United States District Court for the District of Columbia is the judicial district and division that has jurisdiction over this action, and in which proper venue is laid.

4. A copy of the Complaint filed as described in paragraph one above was provided to the Defendants and their counsel, and counsel for the Defendants executed a Notice accepting service of process on August 28, 2018.  A copy of the Notices executed by counsel for Liberty Mutual Group, Inc., dba Liberty Mutual Insurance and Ohio Security Insurance Company to accept service for each defendant are attached hereto as Defendant's Exhibit C.

5. The above described action is a civil action in which this Court has original jurisdiction under Section 1332, Title 28 of the United States Code based upon diversity of citizenship, and one which may be removed to this Court by the Defendants pursuant to the

{01553974.DOC }

provisions of 28 United States Code, Section 1441(b) as a civil action between citizens of different states where the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. Venue is properly laid in this Court pursuant to 28 United States Code, Section 1391(a) because a substantial part of the events or omissions giving rise to the subject claim occurred in this judicial district.  The contract of insurance that is the subject of this action was delivered in the District of Columbia under the law of the District of Columbia, executed and presented in the District of Columbia, and intended to be performed primarily in the District of Columbia.  Furthermore, the Plaintiffs have asserted they are business entities incorporated or organized under the laws of the District of Columbia, with offices located in the District of Columbia.

7. The civil action described in paragraph one above was brought for the recovery of claims allegedly due under a Commercial Insurance Package issued by the Defendant Liberty Mutual Group, Inc., doing business as Liberty Mutual Insurance, to the Plaintiffs, and underwritten by the Defendant Ohio Security Insurance Company, and which was formed, made and entered into in the District of Columbia.  A true, accurate and complete copy of Liberty Mutual Insurance Policy BKS (17) 56 77 99 75 issued to The Phoenix Restoration Group, Inc. for the policy period of July 1, 2016 to July 1, 2017 is attached hereto as Defendant's Exhibit D.  A true, accurate and complete copy of Liberty Mutual Insurance Policy BKS (17) 56 60 63 95 issued to AVSMOOT, LLC for the policy period of April 4, 2016 to April 4, 2017 is attached hereto as Defendant's Exhibit E.

8. The Defendant, Liberty Mutual Group, Inc., doing business as Liberty Mutual Insurance, is a Massachusetts corporation with its principal place of business located in Boston,

Massachusetts. Liberty Mutual is duly authorized to conduct business in the District of Columbia. The Defendant Ohio Security Insurance Company is a New Hampshire company with its principal place of business located in Boston, Massachusetts.

9. The Plaintiff The Phoenix Restoration Group, Inc. is a corporation organized under the laws of the District of Columbia, with offices located in the District of Columbia. The Plaintiff AVSMOOT, LLC is a limited liability company organized under the laws of the District of Columbia, with offices in the District of Columbia. None of the members of the Plaintiff AVSMOOT, LLC are residents or citizens of Massachusetts or New Hampshire.

10. The Plaintiffs are parties in interest in this action because they have brought the action described in paragraph one above, wherein they demanded judgment under the commercial insurance packages that are the subjects of this action in an unspecified amount that was not less than $275,227, along with treble and punitive damages, for claims arising out of a fire that occurred in the Plaintiffs' place of business in the District of Columbia on July 13, 2016.

11. This Honorable Court has jurisdiction over the parties and the subject matter of this action pursuant to 28 United States Code 1332, based upon complete diversity of citizenship between the plaintiffs and the defendants hereto, and based upon the fact the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

12. The amount in controversy in this action exceeds $75,000.00, exclusive of interests and costs, based upon the fact that the Plaintiffs seek judgment against the Defendants in the amount of no less than $275,227, along with treble and punitive damages, exclusive of interest, costs and, or, fees in the Complaint filed to initiate this action in the Superior Court for the District of Columbia.

13. A written Joinder In Removal Of All Defendants is not required because all defendants have joined in seeking this Notice Of Removal.

14. This Notice Of Removal is timely under the provision of 28 U.S.C. 1446(b) in that is it filed within thirty (30) days of receipt of acceptance of service of process upon the Defendants and within one (1) year of the commencement of the action in state court.

        LIBERTY MUTUAL GROUP, INC.
        doing business as LIBERTY MUTUAL INSURANCE

        OHIO SECURITY INSURANCE COMPANY

        By Counsel

__*/s/ Daniel L. Robey*_____

Daniel L. Robey, Esquire
District of Columbia Bar Number: 421945
MIDKIFF, MUNCIE & ROSS, P.C.
10461 White Granite Drive, Suite 225
Oakton, Virginia 22124
Telephone:  (703) 938-5989
FAX:  (703) 938-5980
E-Mail:  drobey@midkifflaw.com
Counsel for Defendants

{01553974.DOC }

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the forgoing Notice Of Removal was mailed, first class and postage prepaid, to the below named counsel for the Plaintiffs on this 12th day of September, 2018. Further, the foregoing Notice Of Removal was served by electronic means through the District of Columbia Superior Court CaseFileXpress E-service filing system, concurrent with the filing of this document in that court on this 12th day of September, 2018, to:

Gregory S. Smith, Esquire
913 East Capitol Street, S.E.
Washington, D.C. 20003
gregsmithlaw@verizon.com

*/s/ Daniel L. Robey*
Daniel L. Robey

{01553974.DOC }